UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

------------------------------------------------ x

ANDREA TANTAROS,

                     Plaintiff-Appellant,

           - against -

FOX NEWS NETWORK, LLC, WILLIAM SHINE, IRENA
BRIGANTI, PETER A. SNYDER, and DISRUPTOR, INC.,

                     Defendants-Appellees,

           - and -

ROGER AILES, and JOHN DOES 1-50,

                     Defendants.

------------------------------------------------ X

No. 18-1847

**CERTIFICATE OF SERVICE**

      I, Benjamin M. Rose, Esq., hereby certify under penalty of perjury that on July 6, 2018, I caused to be served the (i) Acknowledgment and Notice of Appearance of Linda C. Goldstein; (ii) Notice of Appearance as Additional Counsel of Andrew J. Levander; (iii) Notice of Appearance as Additional Counsel of Nicolle L. Jacoby; and (iv) Notice of Appearance as Additional Counsel of Benjamin M. Rose on all counsel of record by the Court's CM/ECF and on Plaintiff-Appellant Andrea Tantaros, who has consented to service by email, at astero@tutanota.com.

- 2 -

Dated: New York, New York
      July 6, 2018

                                                    /s/ Benjamin M. Rose
                                                   Benjamin M. Rose

                                                   DECHERT LLP
                                                 1095 Avenue of the Americas
                                                 New York, New York 10036
                                                 Telephone: (212) 698-3817
                                                 Fax: (212) 698-0684

                                                 *Attorney for Defendants-Appellees Fox*
                                                 *News Network, LLC and Irena Briganti*